[Signature]

ORDER DENYING PETITIONER'S MOTION TO RECONSIDER ORDER DENYING STAY OF REMOVAL
PAGE – 4